United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **VS.** | **CASE NO. 2:20-MJ-00334** |
| **DAVID ROEL RODRIGUEZ** | |

### ORDER SETTING MATERIAL WITNESSES DEPOSITION

On this the 4th day of February, 2020 came on to be heard the Motion of the parties to have the videotaped deposition of material witnesses **Shen Le Yu and Chen Bing Chen,** taken, and having considered the same, this Court is of the opinion that it should be **GRANTED,** and this matter is set for deposition on May 18, 2020 at 10:00 Am located at 1133 North Shoreline, Corpus Christi, Texas 78401.

SIGNED on this the 4th day of February, 2020

_____
JUDGE PRESIDING